# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3658SD

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of South Dakota. |
| | * | |
| Jeanette Willcuts, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 10, 1999
Filed: March 18, 1999

_____

Before FAGG and WOLLMAN, Circuit Judges, and WEBBER,[*] District Judge.

_____

PER CURIAM.

Jeanette Willcuts appeals from her convictions for assault with a dangerous weapon, assault resulting in serious bodily injury, and possession of a firearm while committing a violent crime, and from the sentence imposed by the district court. Willcuts's arguments that her double jeopardy and equal protection rights were violated are foreclosed by the contrary holdings of the Supreme Court and this court. We also reject Willcuts's double jeopardy-based ineffective assistance of counsel argument as meritless. An extended discussion of Willcuts's arguments would serve

_____

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, sitting by designation.

no useful purpose because the controlling law is clear.  We thus affirm Willcuts's convictions and sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.